```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 05 B 21978
   MARILYN R AVERY TAYLOR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5948

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/02/2005 and was confirmed 08/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI  SECURED            4000.00         668.74        3534.60
CITIFINANCIAL AUTO CREDI  UNSECURED          7661.14            .00            .00
COOK COUNTY TREASURER     SECURED            1827.56         222.00        1625.98
LITTON LOAN SERVICING     CURRENT MORTG         .00            .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE      3855.02            .00        3855.02
PIERCE & ASSOCIATES       NOTICE ONLY      NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY            650.60            .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK          UNSECURED        NOT FILED           .00            .00
CBUSASEARS                NOTICE ONLY      NOT FILED           .00            .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED           .00            .00
MIDNIGHT VELVET           UNSECURED           224.76            .00            .00
NCO FINANCIAL SYSTEMS IN  NOTICE ONLY      NOT FILED           .00            .00
NICOR GAS                 UNSECURED           851.73            .00            .00
RISK MANAGEMENT ALTERNAT  UNSECURED        NOT FILED           .00            .00
NICOR GAS                 NOTICE ONLY           .00            .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED           143.90            .00            .00
LORRAINE GREENBERG & ASS  DEBTOR ATTY       1,694.00                       1,694.00
TOM VAUGHN                TRUSTEE                                            749.66
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             12,350.00

PRIORITY                                        .00
SECURED                                    9,015.60
    INTEREST                                 890.74
UNSECURED                                       .00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 21978 MARILYN R AVERY TAYLOR

```
ADMINISTRATIVE                                             1,694.00
TRUSTEE COMPENSATION                                         749.66
DEBTOR REFUND                                                   .00
                                      ---------------   ---------------
TOTALS                                     12,350.00         12,350.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 05 B 21978 MARILYN R AVERY TAYLOR